■ MARY A. BENEDICT et al., Individually and as Parents of THOMAS BENEDICT, an Infant, Plaintiffs, v BOARD OF EDUCATION OF DANSVILLE CENTRAL SCHOOL DISTRICT, Defendant and Third-Party Plaintiff-Appellant. KATHLEEN GROUSE, Third-Party Defendant-Respondent. [730 NYS2d 765] —Judgment unanimously affirmed with costs. Memorandum: Plaintiffs commenced this action to recover for personal injuries sustained by

their four-year-old son (Thomas) when he fell from gymnasium bleachers owned and maintained by defendant. Defendant interposed a third-party complaint against Thomas's aunt, alleging that she was negligent in supervising Thomas at the time of the accident. Supreme Court properly granted the motion of third-party defendant for summary judgment dismissing the third-party complaint. Third-party defendant demonstrated her entitlement to judgment as a matter of law by establishing that she did not expressly or implicitly assume a duty to supervise Thomas (*see, Hanley v East Moriches Union Free School Dist. II*, 275 AD2d 389, 390, *lv denied* 95 NY2d 769; *Pitkewicz v Boy Scouts*, 231 AD2d 561, 561-562; *Pitkewicz v Kane*, 227 AD2d 113, 114), and defendant-third-party plaintiff failed to raise a triable question of fact on that issue (*see, Hanley v East Moriches Union Free School Dist. II, supra*, at 390; *Reed v Pawling Cent. School Dist.*, 245 AD2d 281, *lv denied* 91 NY2d 809). (Appeal from Judgment of Supreme Court, Livingston County, Cicoria, J.—Summary Judgment.) Present—Green, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.